# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| HEATHER LITTLEFIELD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:16-cv-00471-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JACKPOT JOANIES T.J., LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Presently before the court is the parties' Joint Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authorities in Support Thereof (ECF No. 42), filed on January 27, 2017.  The court has reviewed and considered the motion and will grant it in its entirety.  The parties must meet and confer and file a proposed order for the court's consideration. The proposed order should include a blank space for the court to insert a date for the fairness hearing and final approval of the settlement.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authorities in Support Thereof (ECF No. 42) is GRANTED.

IT IS FURTHER ORDERED that the parties must meet and confer and file a proposed order by March 1, 2017.

DATED: February 15, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**