1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   KATHRYN B. BLAKEY, ESQ., Bar # 12701
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV 89169-5937
   Telephone:   702.862.8800
4  Fax No.:      702.862.8811
   E-mail: wkrincek@littler.com
5  E-mail: kblakey@littler.com

6  Attorneys for Defendants
   JACKPOT JOANIES T.J., LLC; JACKPOT JOANIES C.R., LLC;
7  JACKPOT JOANIES E.H., LLC; JACKPOT JOANIES, FP, LLC;
   ECLIPSE GAMING SHMP, LLC; AND MAR-LAR-CHAR, INC.
8

9                       UNITED STATES DISTRICT COURT

10                            DISTRICT OF NEVADA

11

12 | HEATHER LITTLEFIELD, an individual;
   | NICHOLAS PANARO, an individual, on behalf
13 | of themselves and all other person similarly          Case No. 2:16-cv-00471-JAD-CWH
   | situated,
14 |                                                       [PROPOSED] ORDER GRANTING
   |                                                       JOINT MOTION FOR
15 |                Plaintiffs,                            PRELIMINARY APPROVAL OF
   |                                                       CLASS ACTION SETTLEMENT
16 | vs.

17 | JACKPOT JOANIES T.J., LLC; JACKPOT
   | JOANIES C.R., LLC; JACKPOT JOANIES
18 | E.H., LLC; JACKPOT JOANIES, FP, LLC;
   | ECLIPSE GAMING SHMP, LLC; AND MAR-
19 | LAR-CHAR, INC.,

20 |                Defendants.

21       This Court having considered the Joint Motion for Preliminary Approval of

22  Class Action Settlement [ECF No. 45] and all supporting legal authorities and

23  documents orders as follows:

24       IT IS HEREBY ORDERED THAT:

25       1.    The Court hereby preliminarily approves settlement of this action upon

26  the terms and conditions set forth in the Agreement. The Court preliminarily finds

27  that the gross settlement amount of $48,000.00 falls within the range of

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

reasonableness necessary for preliminary approval and that this amount is fair, adequate, and reasonable as to all potential members of the settlement class when balanced against the probable outcome of further litigation, and ultimately relating to liability and damages issues.

2. The Court conditionally certifies the following class solely for purposes of settlement: all current and former hourly paid bartenders employed by Jackpot Joanies T.J., LLC, et al. at any time from March 3, 2013 through April 5, 2016.

3. Named plaintiffs Heather Littlefield and Nicholas Panaro are appointed as class representatives and the Court preliminarily approves enhancement payments for the following amounts: $3,500.00 for Heather Littlefield and $2,000.00 for Nicholas Panaro.

4. The Court appoints The Bourassa Law Firm as class counsel and preliminarily approves their attorney's fee request of up to $8,333.00 and litigation costs of $1,000.00.

5. The Court confirms CPT Group, Inc. as the settlement administrator and approves the notice and claim procedures set forth in the Agreement.

6. The Court approves, as to form and content, the Notice to the Class of Proposed Settlement and the Claim Form, attached to the parties' joint motion as Exhibits to the Declaration of Trent Richards at Exhibits B and C.

7. The Court directs defendants to provide to CPT a database report showing the names, last known addresses, social security numbers, and number of qualifying shifts of each settlement class member no later than 15 calendar days after entry of this Order preliminarily approving settlement. CPT will send to each settlement class member the Notice of the Proposed Settlement and Claim Form by first class mail, no later than 30 days from the date the Court signs this Order granting preliminary approval of settlement. Class counsel will receive the aforementioned database report without the social security numbers of the settlement class members upon the close of the claims process.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

8. Class Counsel to file its motion for attorneys' fees and costs, and class representative enhancement awards at least thirty (30) days prior to the final approval hearing.

9. All papers filed in support of final approval of the settlement, and response to any objections, will be filed at least fifteen (15) days prior to the final approval hearing.

10. A final approval hearing will be held in Courtroom 3A on May 9, 2017, at 9:30 a.m. to determine (1) whether the proposed settlement is fair, reasonable, and adequate and should be finally approved by the Court; (2) the amount of attorney's fees and litigation costs to award to class counsel; (3) the amount to be paid to CPT; and (4) the amount of the enhancement payments for the class representatives.

**IT IS SO ORDERED.**

Dated March 2, 2017

_____
CARL W. HOFFMAN
United States Magistrate Judge

Approved as to form and content:

| | |
|---|---|
| Dated: February 28, 2017 | Dated: February 28, 2017 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Kathryn B. Blakey, Esq. | /s/ Trent L. Richards, Esq. |
| WENDY MEDURA KRINCEK, ESQ.<br>KATHRYN B. BLAKEY, ESQ.<br>LITTLER MENDELSON, PLC. | MARK J. BOURASSA, ESQ.<br>TRENT L. RICHARDS, ESQ.<br>BOURASSA LAW GROUP |
| Attorneys for Defendants<br>JACKPOT JOANIES, et al. | Attorneys for Plaintiffs<br>HEATHER LITTLEFIELD et al. |

Firmwide:146079581.1 089765.1001

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.